IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**Channing Curry**, Plaintiff

v.

**PROWERS COUNTY**,

**CITY OF LAMAR**,

**LAMAR POLICE DEPARTMENT**,

**"DOE" Officer Toomey**, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2024

JEFFREY P. COLWELL
CLERK

**Jury Trial requested:**
(please check one)
✓ Yes ~~No~~

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Channing Curry, A0317001, 2739 E. Las Vegas St, Colorado Springs, CO 80906
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ✓ Pretrial detainee
- ✓ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: PROWERS COUNTY, CORPORATION, 301 South Main St, Lamar, CO 81052
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Prowers County, the Corporation, is part of Prowers County Combined Courts.

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: __CITY OF LAMAR, Corporation,__
(Name, job title, and complete mailing address)
__102 E. Parmenter, Lamar, CO 81052__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

__Lamar Police Dept. employees, work under color of law under this corporation.__

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: __LAMAR POLICE DEPARTMENT, Corporation__
(Name, job title, and complete mailing address)
__102 E. Parmenter, Lamar, CO 81052__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

__Employees that work for this Corporation, work under color of law__

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
  As to the federal official, are you seeking:
  ✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
  ✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 4th Amendment, Malicious Prosecution, False imprisonment, False Arrest (Article II Section 7 of the Colorado Constitution)

Claim one is asserted against these Defendant(s):
PROWERS COUNTY, CITY OF LAMAR, LAMAR POLICE DEPARTMENT, "DOE" OFFICER(S) (Officer Toomey)

Supporting facts:

On, or about June 8, 2024, a Lamar police Department officer (Officer Toomey) requested a warrant at Prowers County Combined Courts, alleged Plaintiff Curry was a suspect in a motor vehicle theft. Prowers County issued a warrant for Channing Curry.

On June 9, 2024, Plaintiff Curry was arrested for that warrant, which resulted in additional charges in another county, and Mr. Curry did 51 days in

4 (A)

(see attached)
(Pg. 1 of 5)

1) STATEMENT(S) OF CLAIMS     (continued)

the Prowers County jail. On the 51st day after Plaintiff Curry was arrested, the Judge in 24CR89 of Prowers County declared that they did not establish probable cause to continue the case to trial, and the entire case was dismissed, 24CR89 with prejudice.

Also, Plaintiff Curry was charged with other charges in a different county in Colorado as a result of this warrant that was issued by Prowers County, and is still currently incarcerated because of those charges, serving 116 days +, as of 12/14/2024, and counting.

4(B)                                    Pg. 2 of 3

D. Statement of CLAIMS (continued)

Summarizing this claim, Plaintiff has served a total of 116 days, and counting, as a result of the warrant issued in Case #24CR89 by Prowers County, in which was found to have failed to establish probable cause by Prowers County District Court, which constitutes as false imprisonment, a direct violation of Plaintiff's 4th Amendment right to be secure in his person(s), where no warrant shall issue, but upon Probable Cause, as well

(uc)   Pg. 3 of 5

D. STATEMENT OF CLAIM(S)

Article II, Section 7 of the Colorado Constitution. Although the Plaintiff recognizes there is also a false arrest claim, along with false imprisonment, the Plaintiff holds PROWERS COUNTY, the CITY OF LAMAR, LAMAR POLICE DEPARTMENT, and the initial officer who articulated in his probable cause affidavit, currently listed as "DOE" officer, ultimately responsible for both claims in this statement.

(4D)                    Pg. 4 of 5

In this complaint, Plaintiff Curry wants to quote Rankin v. Evans, 133 F.3d 1425, 1436 (11th Cir 1998)

"Probable cause is an absolute bar to both false arrest and false imprisonment claims."

Being that Prowers County Combined Courts determined that there was not probable cause for the arrest, or the imprisonment of Plaintiff Curry, Plaintiff believes he is entitled to relief.

Also, see Mondragon v. Thompson (10th Cir 2008)

(4E) (Pg. 5 of 5)

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): CITY OF LAMAR

Docket number and court: 24-CV-03243-RTG

Claims raised: Excessive Force

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Still Pending

Reasons for dismissal, if dismissed: NOT DISMISSED

Result on appeal, if appealed: ___

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

**G.   REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1., Monetary relief of $1,000,000.00 U.S. Dollars for pain and suffering.

2. A Permanent restraining order with Lamar Police Department. (Protection order)

3. A COURT ORDER, ordering the reversal of the Prowers County's dismissal of 24CR89 with prejudice, and an order to dismiss case 24CR89 of Prowers County, WITHOUT PREJEDICE.

**H.   PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/15/2024
_____
(Date)

(Revised November 2022)